```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARD MOSS,                                                    JUDGMENT
                                                                 02-CV- 5819 (JBW)
                        Petitioner,

    -against-


ELIOT SPITZER, Attorney of the State
New York, CHARLES GREINER, Superintendent,
Green Haven Correctional Facility,


                        Respondents.
------------------------------------------------------------X
```

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 16, 2004, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of petitioner's claims; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of petitioner's claims.


Dated: Brooklyn, New York
       October 14, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court